United States District Court
Southern District of Texas
**ENTERED**
June 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT LEE WELLS, (TDCJ-CID #1607137) | § § § |
| Petitioner, | § § |
| vs. | § CIVIL ACTION H-19-3429 |
| LORIE DAVIS, | § § § |
| Respondent. | § § |

**ORDER OF DISMISSAL**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on  June 22 , 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2019\19-3429.d01.wpd